## Commonwealth *v.* Johnson, Appellant.

Submitted April 16, 1971. *J. Graham Sale, Jr.* and *John J. Dean,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Miller, Appellant.

Submitted March 15, 1971. *Robert E. Campbell,* Public Defender, for appellant; *Oscar F. Spicer,* District Attorney, for Commonwealth, appellee.

Order affirmed.